UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA

Jessica Olson,                                    **Civil File No. 09-cv-1326 PAM/JJK**

           Plaintiff,

vs.                                                                    **ORDER**

Kretsch & Gust, PLLC,

           Defendant.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                        BY THE COURT

Dated: July  13  , 2009            s/Paul A. Magnuson
                                        The Honorable Paul A. Magnuson
                                        Judge of United States District Court